IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 313 MOC WCM

| | | |
|---|---|---|
| DONTE D. SHINE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| THE CITY OF ASHEVILLE, TRAVIS BARKLEY, JOHN DOE 1-2 | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on *pro se* Plaintiff's Motion for a Judicial Settlement Conference (the "Motion," Doc. 13).

On June 17, 2021, a Pretrial Order and Case Management Plan was entered (the "Pretrial Order," Doc. 12). Among other things, the Pretrial Order set a deadline of April 19, 2022 for the parties to complete a mediated settlement conference. Doc. 12 at 4. The Pretrial Order noted, however, that in the event a mediated settlement conference was not feasible, the parties could request a judicial settlement conference. Id. at n. 2.

By the instant Motion, Plaintiff makes such a request. He advises that he is currently incarcerated in the Buncombe County Detention Center and asserts that due to COVID 19 and his incarceration, a mediated settlement conference is not feasible. Doc. 13 at 1.

The deadline to file a response to the Motion expired on February 7, 2022 and Defendants did not respond by that date.

Under these circumstances, the Motion will be allowed.

A judicial settlement conference is set for **Thursday, March 24, 2022** from 9:00 a.m. to 11:00 a.m.

The conference will be conducted by telephone. Call-in information will be provided to defense counsel by separate communication.

Plaintiff shall participate in the conference from the Buncombe County Detention Center, Plaintiff's present place of incarceration. The facility is respectfully requested to ensure that the necessary accommodations are made to allow Plaintiff to participate reasonably in the settlement conference, including participating from in a private setting and with access to his case materials.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants and their counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate using the same conference line as Defendants and their counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later than March 18, 2022 or be subject to summary denial.

**Defense counsel shall ensure that the appropriate person(s), such as Plaintiff's case manager, at the Buncombe County Detention Center receive(s) notice of the conference, including call-in information and a copy of this Order.**

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for a Judicial Settlement Conference (Doc. 13) is **GRANTED**, as set forth above.

Signed: February 23, 2022

W. Carleton Metcalf
United States Magistrate Judge