IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 313 MOC WCM

| | |
|---|---|
| DONTE D. SHINE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF ASHEVILLE, TRAVIS )<br>BARKLEY, JOHN DOE 1-2 )<br>)<br>Defendants. )<br>_____ ) | ORDER |

This matter is before the Court on Plaintiff's "Motion for Withdrawal of Plaintiff's Motion for Leave to Amend Complaint" (the "Motion to Withdraw," Doc. 33).

On June 9, 2022, Plaintiff filed a Motion for Leave to Amend Complaint (the "Motion to Amend," Doc. 28).

By Order filed on June 15, 2022, the undersigned denied the Motion to Amend. Doc. 31. Accordingly, Plaintiff's Motion to Withdraw is moot.

Further, Plaintiff is advised that he should consult Rule 15 of the Federal Rules of Civil Procedure before filing any further motions seeking to amend his pleadings.

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion for Withdrawal of Plaintiff's Motion for Leave to Amend Complaint" (Doc. 33) is **DENIED AS MOOT**.

Signed: June 27, 2022

W. Carleton Metcalf
United States Magistrate Judge