# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Donte D. Shine, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:20-cv-00313-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| The City of Asheville | ) | |
| Travis Barkley | | |
| John Doe, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 20, 2022 Order.

July 20, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court